IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARY ANN GRIFFIN,

     Appellant,

v.

GLENN R. GRIFFIN, JR.,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5875

_____/

Opinion filed September 11, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Mary Ann Griffin, pro se, Appellant.

Timothy J. Nusser of Timothy J. Nusser, P.A., Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.